FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 JUN -6 PM 12: 44

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**RE/SOURCE PARTNERS, INC.**          CIVIL ACTION NO. _____

**Plaintiff**

**VERSUS**                             **07-3161**

**AMERIQUEST MORTGAGE COMPANY**

**Defendant**                          **SECT. I  MAG 3**

### Notice of Removal

TO:   RE/Source Partners, Inc.
      through its attorneys of record
      Richard L. Reynolds
      Walton T. Tate
      225 Antibes West
      Mandeville, LA 70448

Ameriquest Mortgage Company removes this cause from the 22nd Judicial District Court for the Parish of St. Tammany, State of Louisiana, to the United States District Court for the Eastern District of Louisiana, and respectfully represents as follows:

1.

Ameriquest Mortgage Company was named a defendant in a civil suit filed on May 1, 2007 in the 22nd Judicial District Court, State of Louisiana, entitled *"Re/Source Partners, Inc. v. Ameriquest Mortgage Company,"* Docket No. 2007-12100, Division "F".

Fee $350.00
Process ___
X Dktd ___
CtRmDep ___
Doc. No ___

267786.1

2.

Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served upon Ameriquest are attached *in globo* as Exhibit "A". Also included in Exhibit A is a complete copy of the petition faxed to Ameriquest's counsel by plaintiff's counsel (certain paragraphs of the lawsuit had been omitted from the copy received by Ameriquest). Additionally, plaintiff's counsel informed Ameriquest's counsel that a motion for preliminary default had been filed on June 4, 2007, but neither Ameriquest nor its counsel has been provided a copy of same. Ameriquest filed an Ex Parte Motion for Extension of Time To File Responsive Pleadings on June 4, 2007, a copy of which is also included in Exhibit A.

3.

This notice of removal is timely under 28 U.S.C. § 1446(b) inasmuch as it is filed within 30 days of Ameriquest's receipt of the citation and petition.

4.

This action is a civil action over which this Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed by Ameriquest under 28 U.S.C. § 1446(b), in that the petition alleges that Ameriquest violated 18 U.S.C. § 1964(c), the Racketeer Influenced and Corrupt Organizations Act (RICO), and thus, arises under federal law.

5.

The Court has supplemental jurisdiction over the state law claims asserted in the petition, pursuant to 28 U.S.C. § 1367(a).

267786.1

6.

Additionally, this action is a civil action over which this court has original jurisdiction under 28 U.S.C. § 1332, and is one which may be removed by Ameriquest under 28 U.S.C. § 1441(b). The matter is a civil action between citizens of different states and the amount in controversy exceeds $75,000.00 exclusive of interest and costs because plaintiff alleges that it is owed by Ameriquest $921,121.89 for alleged uncompensated services. *See* petition, ¶ I, and prayer.

7.

Plaintiff alleges that it is a citizen of the state of Louisiana and that it is a Louisiana corporation "domiciled and operating in St. Tammany Parish, Louisiana." Defendant Ameriquest was, at the filing of this action, and still is, a citizen of the state of Delaware incorporated under the laws of the state of Delaware and having its principal place of business in the state of California. Ameriquest is the only defendant that has been served with a citation and a petition in this action. Thus, removal is appropriate on the grounds of diversity jurisdiction. 28 U.S.C. § 1441(b)

8.

Concurrent with the filing of this notice of removal, Ameriquest is giving written notice of the removal to the 22nd Judicial District Court, State of Louisiana, and to plaintiff's counsel.

267786.1

WHEREFORE, Ameriquest Mortgage Company prays that the Court order this cause removed from the 22nd Judicial District Court, Parish of St. Tammany, State of Louisiana, to the United States District Court, Eastern District of Louisiana, as provided by law, and thereafter proceed with this civil action as if it had been originally commenced in this Court.

By Attorneys:

**McGlinchey Stafford, PLLC**

*[signature]*

Anthony Rollo, #01133
Christine Lipsey, #1182, T.A.
One American Place, 14th floor
Baton Rouge, LA 70825
Telephone: (225)383-9000
Facsimile: (225)343-3076

Raymond A. Chenault, #30438
**McGlinchey Stafford, PLLC**
643 Magazine Street
New Orleans, LA 70130
Telephone: (504)586-1200
Facsimile: (504)596-2800

*Attorneys for Ameriquest Mortgage Company*

267786.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing Notice of Removal has been served upon Richard L. Reynolds, Walton T. Tate, attorneys for RE/Source Partners, Inc., 225 Antibes West, Mandeville, Louisiana 70448 in these proceedings by depositing same in the U.S. Mail, postage prepaid and properly addressed, and by facsimile to 985-801-6800.

Baton Rouge, Louisiana, this 6th day of June, 2007.

_____
Christine Lipsey (#1182)

267786.1