FILED '08 APR 30 08:48 USDC-LAE

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RESOURCE PARTNERS, INC.** | * | CIVIL ACTION |
| versus | * | NO. 07-3161 |
| **AMERIQUEST MORTGAGE COMPANY** | * | (Judge A.J. McNamara) |

## STIPULATION OF DISMISSAL WITH PREJUDICE
## PURSUANT TO FED. R. CIV. P. 41(a)(1)(ii)

**NOW INTO COURT,** come Plaintiff and Defendant, who file this Notice of Dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

**WHEREFORE,** pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties hereby give notice of the dismissal of this matter.

Respectfully submitted,

**Richard L. Reynolds (#11206)**
Walton T. Tate (#28777)
225 Antibes West
Mandeville, Louisiana 70448
Phone: (985) 801-6800
Fax: (985) 801-6830
Attorneys for Plaintiff

___ Fee ___
___ Process ___
_X_ Dktd ___
___ CtRmDep ___
___ Doc. No ___

/s Christine Lipsey
Christine Lipsey
McGlinchey Stafford, PLLC
One American Place, 14th Floor
Baton Rouge, LA 70825
Attorney for Defendant

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing pleading has been served on all counsel of record via the Court's CM/ECF system, on this 29th day of April, 2008.